THE PEOPLE OF THE STATE OF ILLINOIS, Defendant in Error, *vs.* IRA CAMPBELL, Plaintiff in Error.

*Opinion filed October 28, 1910.*

1. CRIMINAL LAW—*Parole law applies to a case where punishment may be imprisonment for life.* The Parole law by its express terms extends to all crimes but the four therein specially excepted, and applies to the crime of robbery while armed with a dangerous weapon, with intent, if resisted, to kill or maim the victim, even though the maximum punishment therefor is life imprisonment.

2. SAME—*sentence under the Parole law may extend to limit of life.* The sentence, under the Parole law, for a "term of years not to exceed the maximum term fixed by the statute" is for a term extending to the limit of life, provided the maximum punishment fixed by the statute is life imprisonment.

3. SAME—*effect of fact that the Parole law preserves the allowance of good time.* The fact that the Parole law preserves the allowance of good time, as provided by law, is not inconsistent with its application to sentences for life imprisonment, as no allowance of good time is provided by law in such cases.

WRIT OF ERROR to the Criminal Court of Cook county; the Hon. ALBERT C. BARNES, Judge, presiding.

LOUIS GREENBERG, for plaintiff in error.

W. H. STEAD, Attorney General, JOHN E. W. WAY-
MAN, State's Attorney, and JOEL C. FITCH, (FREDERICK
BURNHAM, of counsel,) for the People.

Mr. JUSTICE DUNN delivered the opinion of the court:

The plaintiff in error was convicted of the crime of
robbery while armed with a dangerous weapon, with in-
tent, if resisted, to kill or maim his victim. The penalty
fixed by the statute is imprisonment in the penitentiary for
any term of years or for life, and the plaintiff in error was
sentenced to the penitentiary "for a term of years not to
exceed the maximum term fixed by the statute." It is con-
tended that the Parole law does not apply to cases where
the punishment may be life imprisonment, and that the jury
should have fixed the term of imprisonment. The Parole
law, by its express terms, extends to all crimes but the four
specially excepted, of which robbery is not one. The maxi-
mum punishment of robbery under the circumstances at-
tending the crime of which the plaintiff in error was con-
victed is imprisonment for life, which is greater than any
term of years. The sentence for a "term of years not to
exceed the maximum term fixed by the statute" is for a
term extending to the limit of life. The fact that the Pa-
role law preserves the allowance of good time, as provided
by law, is not inconsistent with its application to sentences
of life imprisonment. No allowance of good time is pro-
vided by law in such cases.

The Parole law has been recently held to be a consti-
tutional enactment and a sentence under it sustained against
constitutional and legal objections in *People* v. *Joyce, (ante,*
p. 124.)

The judgment will be affirmed.    *Judgment affirmed.*